# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION

Travis Sintell McCrae,

Plaintiff,

v.

Progressive Commercial Insurance; John Sauerland (CFO); John S. Pucin, Esq.; and Pucin & Friedland Law Office,

Defendants.

Civil Action No.: _____

---

# PLAINTIFF'S MOTION FOR BREACH OF CONTRACT, MAIL FRAUD, CYBERSECURITY DISCLOSURE VIOLATION, AND INSURANCE BAD FAITH

---

## I. INTRODUCTION AND JURISDICTION

Plaintiff Travis Sintell McCrae, appearing pro se, as Principal Officer of Nipsey'z Checkmate Inc. and Trustee of the Travis Sintell McCrae Living Trust, respectfully moves this Honorable Court under Federal Rules of Civil Procedure 3, 7(b), 8, and 56, asserting claims of breach of contract, mail fraud, cybersecurity and disclosure violations, and bad faith insurance practices against the above-named Defendants.

Jurisdiction is proper under 28 U.S.C. § 1331, § 1343, § 1367(a), 18 U.S.C. § 1341, and 44 U.S.C. § 3501 et seq. Venue lies in this District because all acts occurred within Florence County, South Carolina, impacting Plaintiff's business, trust, and commercial reputation.

---

## II. STATEMENT OF FACTS

1

1. Plaintiff maintained an active commercial insurance policy with Progressive Commercial Insurance in connection with Nipsey'z Checkmate Inc., a federally registered contracting entity.

2. Progressive terminated said policy without legal justification and reported false non-payment data to state and federal entities, including the South Carolina DMV, despite proof of prior tender and compliance.

3. On October 1, 2025, attorney John S. Pucin of Pucin & Friedland mailed a collection letter (File No. 24041062 / Acct. No. 994818487) demanding $3,610.96 on behalf of Progressive. This was transmitted after Plaintiff had disputed the account and filed a pending claim—constituting mail fraud, data misuse, and cybersecurity disclosure breach.

4. The correspondence failed to include a valid OMB control number, in violation of 44 U.S.C. § 3512 ("Public Protection Clause"), rendering the demand unenforceable under the Paperwork Reduction Act.

5. The Defendants' transmission of unencrypted trust identifiers, business names, and account information constitutes a violation of FISMA, OMB Circular A-130, and the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 et seq.

6. Progressive's Chief Financial Officer John Sauerland, acting as a responsible corporate officer, had supervisory authority over financial reporting and disclosure systems and knowingly allowed such unlawful transmissions, establishing derivative liability under 18 U.S.C. § 2(b) and 31 U.S.C. § 3729(b).

7. Plaintiff suffered damages including reputational loss, contract cancellations, and suspension of commercial driving credentials, materially harming the ongoing operations of Nipsey'z Checkmate Inc. and its trust-based assets.

## III. LEGAL STANDARD

Summary Judgment is proper under FRCP 56(a) when no genuine dispute of material fact exists.

A party violates 18 U.S.C. § 1341 when, through use of U.S. Mail, it executes a scheme to obtain money by false pretenses. South Carolina recognizes a private cause of action for insurance bad faith (Nichols v. State Farm, 279 S.C. 336 (1983)), and breach of contract elements are well-established (Fuller v. Eastern Fire & Cas. Ins. Co., 240 S.C. 75 (1962)).

## IV. ARGUMENT

### A. Progressive Breached Contractual Obligations

Plaintiff performed all contractual duties. Termination and false reporting violated UCC § 1-304 (good-faith obligation) and constitute direct breach.

### B. Mail Fraud and Misrepresentation

The October 1 letter was mailed through interstate post to collect a disputed debt, meeting the statutory definition of mail fraud (18 U.S.C. § 1341). The attempt to collect after notice of dispute further violates FDCPA § 809(b) and 15 U.S.C. § 1692e (false representation).

### C. Cybersecurity and Disclosure Violations

The communication's exposure of sensitive trust and corporate identifiers without encryption or disclosure authorization breached OMB Circular A-130, FISMA, and 15 U.S.C. § 6801 (financial privacy). Each transmission lacked an OMB Control Number, violating the Paperwork Reduction Act.

### D. CFO John Sauerland's Supervisory Liability

Under 18 U.S.C. § 2(b) and 31 U.S.C. § 3729(b), a corporate officer who authorizes or permits fraudulent reporting through internal compliance failures is personally liable. Sauerland's oversight failure enabled Pucin & Friedland's unlawful collection scheme.

### E. Bad Faith Insurance Practices

Progressive's refusal to honor valid claims, its willful misreporting, and its threat of litigation without basis constitute bad faith under Crossley v. State Farm, 307 S.C. 354 (1992), warranting compensatory and punitive damages.

---

## V. DAMAGES AND RELIEF REQUESTED

Plaintiff requests the Court award:

1. Compensatory Damages: $5,000,000 for business disruption and reputational harm.

2. Punitive Damages: $5,000,000 for willful and malicious conduct.

3. Declaratory Judgment confirming that Defendants' acts constitute breach, mail fraud, and cybersecurity violation.

3

4. Permanent Injunction directing Defendants to issue corrected statements to the DMV and credit agencies within 10 days.

5. Federal Referral under 28 U.S.C. § 454 for willful violation of fiduciary and ethical duties.

## VI. PRAYER FOR RELIEF

"Let the record show that truth, once obscured by deception, now stands uncloaked.
Plaintiff seeks not vengeance, but restoration of integrity, and the protection of law as a shield for the honest."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was served via certified U.S. Mail and/or electronic service in accordance with FRCP 5(b)(2) and Local Civil Rule 83.I.08 (D.S.C.) upon:

Progressive Commercial Insurance

Attn: Legal Department

6300 Wilson Mills Road

Mayfield Village, OH 44143

John S. Pucin, Esq. / Pucin & Friedland, P.C.

935 National Parkway, Suite 40

Schaumburg, IL 60173

John Sauerland, CFO – Progressive Insurance

6300 Wilson Mills Road

Mayfield Village, OH 44143

Respectfully Submitted,

/s/ Travis Sintell McCrae

4

Travis Sintell McCrae, Pro Se

Principal Officer, Nipsey'z Checkmate Inc.

Trustee, Travis Sintell McCrae Living Trust

1901 W. Evans St., Unit 6937   Florence, SC 29501

(843) 618-4228   Travis@NipseyzCheckmate.com

*/s/ T.M.  Oct 14, 25*